*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

DEARBORN HILLS CIVIC ASSOCIATION, INC,

      Plaintiff-Appellant,

v

GHENWA NASSER, JORAISH DAOUD also
known as GORAISH DAOUD and JOURAISH
DAOUD, and NASSER BEYDOUN,

      Defendants-Appellees.

UNPUBLISHED
May 26, 2022

No. 356608
Wayne Circuit Court
LC No. 19-007919-CH

Before: BORRELLO, P.J., and SHAPIRO and HOOD, JJ.

SHAPIRO, J. (*concurring*).

      While I do not fully subscribe to the majority's analysis regarding the questions of pleading and procedure, I concur because the trial court was aware of all the circumstances, considered the issue and found that no fraud had occurred. I see no clear error in that finding and so agree the trial court's decision should be affirmed.

                                    /s/ Douglas B. Shapiro